COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO.
2-03-141-CV
 
IN RE DERRICK SHAW                                                        
   RELATOR
 
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM
OPINION(1)
------------
       
The court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied. Accordingly, relator's petition for writ
of mandamus is denied.
DATED June 12, 2003.
 
                                                       
   PER CURIAM
 
PANEL A: GARDNER, J.; CAYCE, C.J.; and
HOLMAN

1. SeeTex. R. App. P. 47.1.